# Exhibit 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAI MING CHUI,

                Plaintiff,                              Case No. 1:11-cv-119

v.                                        Hon. Paul L. Maloney
                                           Chief, U.S. District Court Judge

PATRICK R. DONAHOE,
Postmaster General,                             Hon. Joseph G. Scoville
                                           United States Magistrate Judge

                Defendant.

_____/

## DECLARATION OF LINDA WOODS

      I, LINDA WOODS, make the following declaration in lieu of an affidavit, as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be used in connection with the Defendant's Motion for Summary Judgment by Patrick R. Donahoe, Postmaster General of the United States Postal Service (hereinafter "Postal Service") in the above-referenced case.

      1.     I am employed as a Manager of Post Office Operations ("POOM") in Saginaw, Michigan within the Greater Michigan District of the United States Postal Service. I am presently responsible for managing approximately 135 postmasters. I have been employed with the Postal Service since April 19, 1969 and have held various supervisory and managerial positions since 1976 to the present. Between April 2009 and April 2010, I was assigned a temporary detail assignment as the Acting Plant Manager for the Kalamazoo Processing and Distribution Center ("P & DC"). Based on my postal experience and supervisory/managerial experience, I am familiar with the policies for limited duty and rehabilitation job offer assignments provided to employees within the Postal Service.

2.       The Federal Employees' Compensation Act (FECA), 5 U.S.C. 81 is administered by the Office of Workers Compensation Programs (OWCP), United States Department of Labor. OWCP determines whether an employee is entitled to benefits under FECA, such as approving or accepting a claim as being work-related.

3.       Limited duty assignments are provided to employees who suffered a work-related injury during the recovery process when the effects of the injury are considered temporary. A rehabilitation assignment is provided to employees who have suffered a work-related injury when the effects of the injury are considered permanent and/or the employee has reached maximum medical improvement.

4.       The Postal Service does not have any funded positions that are reserved for employees on limited duty or rehabilitation assignments who cannot perform the core requirements of their official position due to medical restrictions. Postal Service employees' official positions are their position titles as listed on the Notice of Personnel Action, PS Form 50.

5. .     A review of Lai Ming Chui's Notices of Personnel Action, PS Form 50, reveals that her official position was that of a Mail Processing Clerk since November 3, 2001. *See* Chui's Notices of Personnel Action, PS Form 50, dated November 3, 2001; August 8, 2008 and November 21, 2009, true and correct copies of which is attached hereto as Exhibit 2-A ("Exhibit 2-A"), at ¶ 52.

6.       While I was the Acting Plant Manager at the Kalamazoo P & DC, Ms. Chui's grade level as a Mail Processing Clerk was a PS-7, which is a bargaining unit employee grade level. *See* Exhibit 2-A, pp. 2-3 at ¶ 61.

7.       When I arrived at the Kalamazoo P & DC, Ms. Chui was working in the supervisor's office performing duties listed on a rehabilitation job offer assignment dated

2

February 2004 and July 2007. Those duties listed on her rehabilitation job offer assignments consisted of: filing Request for or Notification of Absences, PS Form 3971; recording or preparing bargaining unit employees' schedules; preparing overtime desired lists for bargaining unit employees; typing, retrieving and passing out copies of safety service talks to supervisors; collecting dock surveys; typing; special projects for supervisors and conducting postmark checks. I do not recall seeing Ms. Chui collecting dock surveys or conducting postmark checks. *See* Chui's USPS Rehabilitation Job Offer Assignments dated February 21, 2004 and July 7, 2007, true and correct copies of which are attached hereto as Exhibit 2-B ("Exhibit 2-B").

8.     The duties listed on Ms. Chui's rehabilitation job offer assignments do not consist of a funded position at the Kalamazoo P & DC. Rather, all the duties listed, except for collecting of dock surveys and conducting postmark checks, are duties of the Supervisors of Distribution Operations or Managers of Distribution Operations. For example, in addition to the supervisory and managerial duties of supervising and managing employees, supervisors and managers are also required to perform their own administrative duties, such as filing PS Forms 3971; recording and preparing schedules of their employees; processing the union's requests for information regarding their employees; preparing the overtime desired lists of their employees; and typing, copying and passing out safety service talks to the supervisors. Supervisors and managers are also required to perform their own computer related duties such as entering, searching or printing Time and Attendance Collection System ("TACS") reports, which are reports that contain employees' clock rings and attendance. In addition, supervisors and managers should write their own delivery scores on a dry erase board during a managerial meeting. Bargaining unit employees should not be present during supervisor and manager meetings as confidential information related to bargaining unit employees may be discussed.

3

9.     The Kalamazoo P & DC also does not have a funded position for an employee to only collect dock surveys and conduct postmark checks. Rather, those duties are incidental duties of bid positions that are held by other employees.

10.     The 2004 and 2007 Rehabilitation Job Offer Assignments issued to Ms. Chui were assignments created specifically for her and do not comprise of funded positions by the Postal Service. Those Rehabilitation Job Offer Assignments were not bid assignments.

11.     When an employee, like Ms. Chui, vacates a limited duty or rehabilitation job assignment, for whatever reason, the tasks and duties that comprise those assignments are dispersed back into the workplace, but no residual vacant position that another employee could bid on or otherwise occupy is created—this is so because these assignments are not regularly funded positions on the rolls of the Postal Service. Rather, limited duty and rehabilitation job assignments are created specifically for the employee who suffered an on the job injury.

12.     The Kalamazoo P & DC has one secretarial position, which is a non-bargaining Executive and Administrative Schedule ("EAS") level 12 position. It is a higher level position than Ms. Chui's bargaining unit PS level 7 position. While I was the Acting Plant Manager at the Kalamazoo P & DC, the secretarial position reported to the Plant Manager and was occupied by Anne Ex. The supervisors and managers did not have a designated funded secretarial position assigned to perform their administrative duties as they were required to perform their own administrative tasks.

13.     Based on a review of Ms. Chui's medical restrictions at the time I was the Acting Plant Manager of the Kalamazoo P & DC, there were no vacant funded positions available for Ms. Chui that she could perform with or without a reasonable accommodation because she was not able to reach, twist, or lift or carry more than 15 pounds frequently and 30 pounds

4

occasionally for more than two hours per day.

14.     There are no vacant funded positions for mail processing clerks to case mail (i.e., sort mail into cubby holes) for only two hours. Mail processing clerks are required to operate and process mail on automation machines. Based on Ms. Chui's medical restrictions, she was not able to perform the essential duties of a mail processing clerk with or without a reasonable accommodation as working on the automation machines requires reaching, twisting and lifting/carrying up to 70 pounds through an entire eight hour day. In addition, casing mail requires reaching and twisting while placing the mail in the various cubby holes.

15.     Mailhandlers are required to reach, twist and lift or carry up to 70 pounds during their entire eight hour shift. For example, mailhandlers carry tubs, trays and sacks of mail weighing up to 70 pounds. They are required to reach into containers for the tubs, trays and sacks and lift them onto other equipment. They also must push or pull containers full of mail to various locations in the facility. All of the duties of a mailhandler of reaching and lifting/carrying require the mailhandlers to twist. Facing mail and repairing torn mail are incidental duties of a mailhandler position and are not the main functions of a mailhandler. Based on Ms. Chui's medical restrictions, she cannot perform the essential duties of a mailhandler with or without a reasonable accommodation.

16.     Carriers are required to case or hand sort mail into cubby holes in address order in the morning for approximately two to three hours. After they case their mail, they bundle mail, put the mail in tubs and trays and load the tubs and trays of mail into their Postal vehicle for street delivery. A carrier is required to carry a satchel of mail weighing up to 35 pounds while delivering it on the street for approximately five to six hours. Casing mail, loading the vehicle and delivering mail all require reaching and twisting. In addition, a carrier is required to deliver

5

packages up to the Postal Service's mailing weight of 70 pounds. Based on Ms. Chui's medical restrictions, she cannot perform the essential duties of a carrier with or without a reasonable accommodation.

17.     Window Clerks sell Postal products and accept mail and packages from customers. In addition, window clerks perform distribution duties, such as casing/sorting mail for carriers. While casing mail, window clerks reach and twist. While working at the counter, window clerks are required to reach over the counter for packages and mail from customers, lift/carry packages weighing up to the Postal Service's mailing weight of 70 pounds and twist at the counter to place the mail/package from the customer in the appropriate bins and operate the Postal computer (i.e., cash register). Window clerks perform these duties that require reaching, twisting and lifting/carrying for an entire eight hour shift. Based on Ms. Chui's medical restrictions, she cannot perform the essential duties of a window clerk with or without a reasonable accommodation.

18.     Custodians clean Postal facilities. They are required to mop and/or sweep the floors, empty garbage cans, clean commons areas such as restrooms, cafeterias and the workroom floors. Custodians are required to reach while mopping or sweeping, twist while performing all of their duties and lift/carry garbage bags. Custodians perform those duties of reaching, twisting and lifting/carrying for their entire eight hour shift. Based on Ms. Chui's medical restrictions, she could not perform the essential duties of a custodian with or without a reasonable accommodation.

19.     Ms. Chui never informed me that she wanted to work as a mailhandler, carrier, window clerk or custodian.

6

20.     For the past several years, the Postal Service has suffered great financial losses due to an unprecedented decline in mail volume, which is attributable to ongoing electronic diversion of mail and the current widespread economic recession. In the face of these economic challenges, the Postal Service has been forced to continue its organization-wide cost reduction initiatives that center on matching work hours to reduced mail volume. The Kalamazoo P & DC faced these same challenges.

21.     As a result of those financial challenges, I instructed the supervisors and managers at the Kalamazoo P & DC to place all employees who were not performing necessary and productive work on standby time, which is also known as operations number "340." In addition, employees who were on limited duty or rehabilitation job offer assignments were also assessed to determine whether they were performing necessary and productive work. If it was determined that they were performing work that was part of another person's job assignment or bid, or was performing made up or created work, that limited duty or rehabilitation assignment employee was to be placed on standby time.

22.     Due to the financial crisis, the Postal Service can no longer create work for employees injured on the job. They are required to perform duties that are necessary and productive to the Postal Service.

23.     The duties Ms. Chui performed in her rehabilitation job offer assignments were not necessary and productive as the majority of those duties were duties of a supervisor or manager.

24.     Joseph Simmons (Caucasian, national origin unknown) worked with the following medical restrictions related to a work related injury: no lifting, climbing, kneeling, bending/stooping, twisting, pushing/pulling, reaching above the shoulder and operating

7

machinery; sitting for 8 hours; standing for 1 hour and fine manipulation for 4 hours as tolerated. Based on his medical restrictions, there was no necessary and productive work for Mr. Simmons to perform. As a result, Mr. Simmons was placed on standby for his entire eight hour shift for several months and for a much longer period of time than Ms. Chui. I am not aware of Mr. Simmons engaging in protected activity. I do not know Mr. Simmons' national origin, but he does not appear to be Chinese. *See* Joseph Simmons U.S. Department of Labor Duty Status Report, Form CA-17, dated December 2007 and August 6, 2010, true and correct copies of which are attached hereto as Exhibit 2-C ("Exhibit 2-C").

25.     Patricia Bolen (Caucasian; national origin unknown) worked with the following medical restrictions related to a work related injury: 15 pounds of intermittent lifting; sitting for 8 hours; intermittent standing, walking, kneeling, bending/stooping, twisting, pulling/pushing and reaching above the shoulder; and simple grasping and fine manipulation. Based on Ms. Bolen's medical restrictions, which were not as restrictive as Ms. Chui's and which do not limit her to basically two hours of work like Ms. Chui's restrictions, Ms. Bolen was able to perform some necessary and productive work. However, when necessary and productive work was not available, Ms. Bolen was placed on standby time. Ms. Bolen was not placed on standby time for an entire eight hour shift for several months. I am not aware of Ms. Bolen engaging in protected activity. *See* Patricia Bolen U.S. Department of Labor Duty Status Report, Form CA-17, dated June 11, 2008, a true and correct copy of which are attached hereto as Exhibit 2-D ("Exhibit 2-D").

26.     As of July 2007, Shirley Gurnee (Caucasian; national origin unknown) worked with the following medical restrictions related to a work related injury: lifting ten pounds 2 hours; 8 hours sitting, simple grasping and fine manipulation; 1 hour standing and walking; no

8

climbing, kneeling, bending/stooping, twisting and reaching above the shoulder. In September 2009, Ms. Gurnee's restrictions were the following: intermittent lifting 10 pounds, 4 hours of intermittent kneeling, climbing, twisting (at the waist) and pulling/pushing; 4 hours of continuous bending/stooping at the waist and reaching above the shoulder; and 6 hours of simple grasping. Based on Ms. Gurnee's medical restrictions, which were not as restrictive as Ms. Chui's and which do not limit her to basically two hours of work like Ms. Chui's restrictions, Ms. Gurnee was able to perform some necessary and productive work. However, when necessary and productive work was not available, Ms. Gurnee was placed on standby time. Ms. Gurnee was not placed on standby time for an entire eight hour shift for several months. I am not aware of Ms. Gurnee engaging in protected activity. *See* Shirley Gurnee U.S. Department of Labor Duty Status Report, Form CA-17, dated July 27, 2007 and September 21, 2009, a true and correct copy of which are attached hereto as Exhibit 2-E ("Exhibit 2-E").

27.    Anthony Riccio (Caucasian; national origin unknown) worked with the following medical restrictions related to a work related injury: no pulling, pushing, reaching above the shoulders, climbing, stooping, kneeling and repeated bending; lifting five pounds; standing and walking 1 hour. Based on Mr. Riccio's medical restrictions, which were not as restrictive as Ms. Chui's and which do not limit him to basically two hours of work like Ms. Chui's restrictions, Mr. Riccio was able to perform some necessary and productive work. However, when necessary and productive work was not available, Mr. Riccio was placed on standby time. Mr. Riccio was not placed on standby time for an entire eight hour shift for several months. I am not aware of Mr. Riccio engaging in protected activity. *See* Anthony Riccio Medical Restrictions dated March 14, 2008, a true and correct copy of which are attached hereto as Exhibit 2-F ("Exhibit 2-F").

9

28. Pamela Stenger (Caucasian; national origin unknown) worked with the following medical restrictions related to a work related injury: no lifting more than 10 pounds, no at-or-above shoulder work with the left arm; no away from the body repetitive continuous work; no overhead reaching. Based on Ms. Stenger's medical restrictions, which were not as restrictive as Ms. Chui's and which do not limit her to basically two hours of work like Ms. Chui's restrictions, Ms. Stenger was able to perform some necessary and productive work. However, when necessary and productive work was not available, Ms. Stenger was placed on standby time. Ms. Stenger was not placed on standby time for an entire eight hour shift for several months. I am not aware of Ms. Stenger engaging in protected activity. *See* Pamela Stenger USPS Rehabilitation Job Offer dated December 2008, a true and correct copy of which is attached hereto as Exhibit 2-G ("Exhibit 2-G").

29. Upon my arrival at the Kalamazoo P & DC, Ms. Stenger performed similar duties in her rehabilitation job offer assignment as did Ms. Chui, such as performing supervisory work of filing, computer data entry and processing union requests. She also had other duties listed on her rehabilitation job assignment that were not considered supervisory work, such as contacting mailers for packages and delivering Express mail and other postal delivery duties. I notified Ms. Stenger's supervisor, Leroy Robinson, that Ms. Stenger could no longer perform his supervisory duties, such as his administrative work of filing, computer data entry and processing union requests. While I was at the Kalamazoo P & DC, I was not aware that Dan Verastequi or John Priest still asked Ms. Stenger and Ms. Chui to perform their administrative duties. If I had known that they were performing the supervisor' or manager's administrative duties, I would have stopped it. *Id.*

30. Ms. Stenger filled in for the Plant Manager's secretary, Anne Ex, when Ms. Ex

10

was on vacation or absent from work. Ms. Ex's position is an EAS level 12 position, which is a higher level assignment than Ms. Stenger's and Ms. Chui's bargaining unit levels. Ms. Stenger filled in for Ms. Ex for one to several days at a time.

31.    I am not aware of Mary Portero (Caucasian, national origin unknown) or Sarah Brown (Caucasian, national origin unknown, no known medical condition) engaging in protected activity. Ms. Portero and Ms. Brown do not appear to be Chinese. Due to the decrease in mail volume and lack of necessary and productive work, other employees have been placed on standby who were non-Asian, non-Chinese, did not have any known medical condition and did not engage in protected activities.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Linda Woods
Manager, Post Office Operations
Saginaw
Greater Michigan District

Date 9/26/2012

11



**UNITED STATES POSTAL SERVICE®**

| 01 | Effective Date | Notification of Personnel Action | | 02 | Social Security Number |
|----|----------------|----------------------------------|--|----|------------------------|
| | 11-03-2001 | **UNITED STATES POSTAL SERVICE®** | | | 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 |

**EMPLOYEE INFORMATION**       U. S. Postal Service

| | | | | | |
|----|----|----|----|----|----|
| 03 | Employee Name-Last | CHUI | 38 | Probation Expir Date | |
| 04 | Employee Name-First | LAI | 39 | FLSA Status | N |
| 05 | Employee Name-Middle | MING | 40 | Pay Location | 110 |
| 06 | Mailing Address Street/Box/Apts | 398 SPRINGBROOK DR | 41 | Rural Carr-Route | |
| | | | 42 | Rural Carr-L-Rte ID | |
| 07 | Mailing Address-City | OTSEGO | 43 | Rural Carr-Pay Type | |
| 08 | Mailing Address-State | MI | 45 | Rural Carr-FLSA | |
| 09 | Mailing Address | 49078-9319 | 46 | Rural Carr-Commit | |
| 10 | Date of Birth | 06-10-1964 | 47 | Rural Carr-EMA | |
| 11 | Veterans Preference | 1 | 48 | Rural Carr-Hours | 0 |
| 12 | Sex | | 49 | Rural Carr-Miles | 0 |
| 13 | Ethnicity-Race | | 50 | Job Sequence | 1 |
| 14 | Disability | 05 | 51 | Occupation Code | 2315-55XX |
| 15 | Leave Comp Date | 09-12-1998 | 52 | Position title | MAIL PROCESSOR |
| 16 | Enter on Duty Date | 09-12-1998 | 53 | Labor Dist Code | 1100 |
| 17 | Retirement Comp Date | 09-12-1998 | 54 | Designation/Activity | 11/0 |
| 18 | Serv Anniversary Date | 20 1998 | 55 | Position Type | 1 - FULL TIME |
| 19 | TSP Eligibility | Y - ELIGIBLE WITH DEDUCT | 56 | Limit Hours | 0 |
| 20 | TSP Service Comp Date | 09-12-1998 | 57 | Allowance Code | |
| 21 | Prior CSRS Service | N | 58 | Employment Type | |
| 22 | Frozen CSRS Time | | | **SALARY INFORMATION** | |
| 23 | Leave Data Category | 6 - HOURS/PP | 59 | Pay Rate Code | A |
| 24 | Leave Data-Current | 21 2013 | 60 | Rate Schedule Code | |
| 25 | Leave Data-Type | 1 - ADVANCE AL - EARN SL | 61 | Grade/Step | 06/ E |
| 26 | Credit Military Serv | | 62 | Base Salary | 34493.00 |
| 27 | reserved for future use | | 63 | Cola | 0.00 |
| 28 | Retirement Plan | 8 - FERS | 64 | Cola Roll-In Ind | B - PAY SCHEDULE 2 |
| 29 | Employee Status | | 65 | Next Step PPYR | 04 2002 |
| 30 | Life Insurance | C0 - Basic Only | 66 | Merit Anniv Date | |
| 31 | Special Benefits | | 67 | Merit Lump Sum | 0.00 |
| | **POSITION INFORMATION** | | 68 | Special Salary Code | A - SAVED GRADE |
| 32 | Employ Office-Fin No | 25-4912 | 69 | Protected RSC | |
| 33 | Employ Office-Name | KALAMAZOO P&DC | 70 | Protected Grade/Step | / |
| 34 | Employ Office-Address | MANAGER KALAMAZOO P&DC 3885 S 9TH ST | 71 | Expiration PPYR | |
| | | | 72 | Protected RC Hours | |
| 35 | Duty Station-Fin No | 25-4912 | 73 | Protected RC Miles | |
| 36 | Duty Station-Name | KALAMAZOO P&DC | 74 | RC Guaranteed Salary | 0.00 |
| 37 | Appt Expiration Date | | 75 | Annuity Amount | 0.00 |
| | **NATURE OF PERSONNEL ACTION** | | | | |
| 77 | Nature of Action | 714 | 78 | Authority | 39-USC Sect 1001 |
| 79 | Description | INVOLUNTARY CHG TO LOWER LEVEL OR BAND | | | |
| 80 | Code | 81 | Code | 82 | Code | 83 | Code | |
| 84 | Remarks | | | | |

7991268



EXHIBIT
**2-A**

| 85 | Authorization | 86 | Processed Date | 11-07-2001 |
|----|---------------|----|----------------|------------|
| | | 87 | Personnel Office ID | |
| | | 88 | OPF Location | |

PS Form 50, January 2009 (Exception to Standard Form 50)

**PMG Documents (L.Chui)**
**000280**



**UNITED STATES POSTAL SERVICE®**

| 01 | Effective Date | Notification of Personnel Action | 02 | Social Security Number |
|---|---|---|---|---|
| | 08-30-2008 | **UNITED STATES POSTAL SERVICE®** | | 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 |

**EMPLOYEE INFORMATION**   U. S. Postal Service

| | | | | | |
|---|---|---|---|---|---|
| 03 | Employee Name-Last | CHUI | 38 | Probation Expir Date | |
| 04 | Employee Name | LAI | 39 | FLSA Status | N |
| 05 | Employee Name | MING | 40 | Pay Location | 312 |
| 06 | Mailing Address Street/Box/Apts | 398 SPRINGBROOK DR | 41 | Rural Carrier-Route | |
| | | | 42 | Rural Carr-L-Rte ID | |
| 07 | Mailing Address-City | OTSEGO | 43 | Rural Carr-Pay Type | |
| 08 | Mailing Address-State | MI | 45 | Rural Carr-FLSA | |
| 09 | Mailing Address-Zip | 49078-9319 | 46 | Rural Carr-Commit | |
| 10 | Date of Birth | 06-10-1964 | 47 | Rural Carr-EMA | |
| 11 | Veterans Preference | 1 | 48 | Rural Carr-Hours | |
| 12 | Sex | | 49 | Rural Carr-Miles | |
| 13 | Ethnicity–Race | | 50 | Job Sequence | |
| 14 | Disability | 05 | 51 | Occupation Code | 2315-0063 |
| 15 | Leave Comp Date | 09-12-1998 | 52 | Position title | MAIL PROCESSING CLERK |
| 16 | Enter on Duty Date | 09-12-1998 | 53 | Labor Dist Code | 1800 |
| 17 | Retirement Comp Date | 09-12-1998 | 54 | Designation/Activity | 11/0 |
| 18 | Serv Anniver Date | 20 1998 | 55 | Position Type | 1 - FULL TIME |
| 19 | TSP Eligibility | | 56 | Limit Hours | 0 |
| 20 | TSP Service Comp | 09-12-1998 | 57 | Allowance Code | |
| 21 | Prior CSRS Service | | 58 | Employment Type | |
| 22 | Frozen CSRS Time | | | **SALARY INFORMATION** | |
| 23 | Leave Data Category | 6 - HOURS/PP | 59 | Pay Rate Code | A |
| 24 | Leave Data-Balance | 21 2013 | 60 | Rate Schedule Code | |
| 25 | Leave Data-Type | 1 - ADVANCE AL - EARN SL | 61 | Grade/Step | 07/ O |
| 26 | Credit Military Serv | 0000 | 62 | Base Salary | 53668.00 |
| 27 | reserved for future use | | 63 | Cola | 0.00 |
| 28 | Retirement Plan | 8 - FERS | 64 | Cola Roll-In Ind | B - PAY SCHEDULE 2 |
| 29 | Employee Status | RD - REINS COMP CURNT EMP | 65 | Next Step PPYR | |
| 30 | Life Insurance | C0 - Basic Only | 66 | Merit Anniv Date | |
| 31 | Special Benefits | | 67 | Merit Lump Sum | 0.00 |
| | **POSITION INFORMATION** | | 68 | Special Salary Code | A - SAVED GRADE |
| 32 | Employ Office-Fin No | 25-4912 | 69 | Protected RSC | |
| 33 | Employ Office Name | KALAMAZOO P&DC | 70 | Protected Grade/Step | / |
| 34 | Employ Office Address | MANAGER KALAMAZOO P&DC 3885 S 9TH ST | 71 | Expiration PPYR | |
| | | | 72 | Protected RC Hours | |
| 35 | Duty Station-Fin No | 25-4912 | 73 | Protected RC Miles | |
| 36 | Duty Station-Name | KALAMAZOO P&DC | 74 | RC Guaranteed Salary | |
| 37 | Appt Expiration Date | | 75 | Annuity Amount | 0.00 |

**NATURE OF PERSONNEL ACTION**

| | | | | | |
|---|---|---|---|---|---|
| 77 | Nature of Action | 998 | 78 | Authority | 39-USC Sect 1001 |
| 79 | Description | CRAFT COLA INCREASE | | | |
| 80 | Code | | 81 Code | | 82 Code | | 83 Code | |

84   Remarks

PERSON ID:02754318 PERS ASSGN:02754318

| 85 | Authorization JO ANN FEINDT, VP   AREA OPERATIONS-GREAT LAKES | 86 | Processed Date | 08-30-2008 |
|---|---|---|---|---|
| | | 87 | Personnel Office ID | |
| | | 88 | OPF Location | |

PS Form 50, January 2009 (Exception to Standard Form 50)

**PMG Documents (L.Chui) 000228**



**UNITED STATES POSTAL SERVICE.**

| 01 | Effective Date | Notification of Personnel Action | 02 | Social Security Number |
|---|---|---|---|---|
| | 11-21-2009 | **UNITED STATES POSTAL SERVICE.** | | 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 |

U. S. Postal Service

**EMPLOYEE INFORMATION**

| | | | | | |
|---|---|---|---|---|---|
| 03 | Employee Name-Last | CHUI | 38 | Probation Expir Date | |
| 04 | Employee Name | LAI | 39 | FLSA Status | N |
| 05 | Employee Name | MING | 40 | Pay Location | 312 |
| 06 | Mailing Address Street/Box/Apt | 398 SPRINGBROOK DR | 41 | Rural Carrier-Route | |
| | | | 42 | Rural Carr-L-Rte ID | |
| 07 | Mailing Address-City | OTSEGO | 43 | Rural Carr-Pay Type | |
| 08 | Mailing Address-State | MI | 45 | Rural Carr-FLSA | |
| 09 | Mailing Address | 49078-9319 | 46 | Rural Carr-Commit | |
| 10 | Date of Birth | 06-10-1964 | 47 | Rural Carr-EMA | |
| 11 | Veterans Preference | 1 | 48 | Rural Carr-Hours | |
| 12 | Sex | | 49 | Rural Carr-Miles | |
| 13 | Ethnicity–Race | | 50 | Job Sequence | |
| 14 | Disability | 05 | 51 | Occupation Code | 2315-0063 |
| 15 | Leave Comp Date | 09-12-1998 | 52 | Position title | MAIL PROCESSING CLERK |
| 16 | Enter on Duty Date | 09-12-1998 | 53 | Labor Dist Code | 1800 |
| 17 | Retirement Comp Date | 09-12-1998 | 54 | Designation/Activity | 11/0 |
| 18 | Serv Annivers Date | 20 1998 | 55 | Position Type | 1 - FULL TIME |
| 19 | TSP Eligibility | | 56 | Limit Hours | 0 |
| 20 | TSP Service Comp Date | 09-12-1998 | 57 | Allowance Code | |
| 21 | Prior CSRS Service | | 58 | Employment Type | |
| 22 | Frozen CSRS Time | | | **SALARY INFORMATION** | |
| 23 | Leave Data Category | 6 - HOURS/PP | 59 | Pay Rate Code | A |
| 24 | Leave Data-Current | 21 2013 | 60 | Rate Schedule Code | |
| 25 | Leave Data-Type | 1 - ADVANCE AL - EARN SL | 61 | Grade/Step | 07/ O |
| 26 | Credit Military Serv | 0000 | 62 | Base Salary | 54257.00 |
| 27 | reserved for future use | | 63 | Cola | 0.00 |
| 28 | Retirement Plan | 8 - FERS | 64 | Cola Roll-In Ind | B - PAY SCHEDULE 2 |
| 29 | Employee Status | RD - REINS COMP CURNT EMP | 65 | Next Step PPYR | |
| 30 | Life Insurance | C0 - Basic Only | 66 | Merit Anniv Date | |
| 31 | Special Benefits | | 67 | Merit Lump Sum | 0.00 |
| | **POSITION INFORMATION** | | 68 | Special Salary Code | A - SAVED GRADE |
| 32 | Employ Office-Fin No | 25-4912 | 69 | Protected RSC | |
| 33 | Employ Office | KALAMAZOO P&DC | 70 | Protected Grade/Step | / |
| 34 | Employ Office Address | MANAGER KALAMAZOO P&DC 3885 S 9TH ST | 71 | Expiration PPYR | |
| | | | 72 | Protected RC Hours | |
| 35 | Duty Station-Fin No | 25-4912 | 73 | Protected RC Miles | |
| 36 | Duty Station-Name | KALAMAZOO P&DC | 74 | RC Guaranteed Salary | |
| 37 | Appt Expiration Date | | 75 | Annuity Amount | 0.00 |

**NATURE OF PERSONNEL ACTION**

| | | | | | |
|---|---|---|---|---|---|
| 77 | Nature of Action | 997 | 78 | Authority | 39-USC Sect 1001 |
| 79 | Description | CONTRACTUAL INCREASE | | | |
| 80 | Code | | 81 | Code | 82 | Code | 83 | Code | |
| 84 | Remarks | | | | |

PERSON ID:02754318 PERS ASSGN:02754318

| 85 | Authorization JO ANN FEINDT, VP | AREA OPERATIONS-GREAT LAKES | 86 | Processed Date | 11-20-2009 |
|---|---|---|---|---|---|
| | | | 87 | Personnel Office ID | |
| | | | 88 | OPF Location | |

PS Form 50, January 2009 (Exception to Standard Form 50)

**PMG Documents (L.Chui)**
**000227**



## USPS REHABILITATION JOB OFFER ASSIGNMENT

*xxxxx*
*Julo*
*Resg*
*330.*

| | |
|---|---|
| **Employee:** | Lai Ming Chui |
| **OWCP Claim#:** | 092017809 |
| **SSN:** | 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 |
| **DOI:** | 12-31-01 |
| **Job Title:** | Mail Processing Clerk |
| **Level/Step:** | 06 H |
| **Hour of Duty:** | 2400 - 0850 |
| **N/S Days Off:** | Thursday/Friday |
| **Geographical Location:** | Kalamazoo Processing & Distribution Center |
| **Salary:** | $39, 253 |
| **Pay Location:** | 115 |

LDC: 1800
fSIO: 8690218

**EFFECTIVE DATE: 02-21-04**

Based upon medical evidence received by A. Ronald Rook, D.O., Board Certified, Orthopaedic Surgery, the USPS is officially offering you the following rehab assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks.

This job is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within those medically defined restrictions. This job offer will remain open and available to you, however, you are required to submit medical evidence yearly.

## *DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS*

### MODIFIED JOB ASSIGNMENT DESCRIPTION OF DUTIES:

Processing union requests: Duties require sitting at a desk utilizing a computer typing in information to retrieve reports to file alleged grievances that the APWU has requested for further investigation. Reports will be sent via in-house mail.

Filing 3971's: Requires sitting on a chair and filing slips into file cabinet consisting of four (4) drawers.

Recording casual and PTF schedules: Requires sitting at a desk and utilizing a computer, filling in days that employees are required to work which will be given to you by supervisors. Schedule is done every two (2) weeks.

Preparing holiday schedules: Requires sitting at a desk and utilizing a computer with some typing. You will prepare request forms, pass to supervisors for distribution. Compile all data, type in results, print copies for

Lai Ming Chui

RECEIVED FEB 18 2004 INJURY COMPENSATION UNIT



EXHIBIT
**2-B**


Permanent Rehab Job Offer
Claim # 092017809
Page 2

Plant Manager, MDO's, Supervisors, APWU and place a copy on the
employee bulletin board.

Quarterly Overtime Desired List: Requires sitting at a desk and utilizing a
computer. You will gather names from employees, desired overtime
requests, type into forms, and file for future use by supervisors.

Safety Service Talks: Requires sitting at a desk utilizing a computer, typing
into the postal net and retrieving safety talks. You will then copy the talks
and pass to supervisors.

Collecting Dock Surveys: Requires walking to the dock, collecting sheets
from expeditors, and distributing to In-Plant Support.

Typing: Requires sitting at a desk and utilizing a computer.

Special Projects: You will assist MDO/supervisors on special projects
requiring sitting at a desk and utilizing a computer by typing.

Conducting Postmark Checks: You will stand and observe trays for local
originating mail by fingering through letters.

**LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE
JOB WAS DEVELOPED**

REACHING:            2 HOURS PER DAY

TWISTING:            2 HOURS PER DAY

LIFTING/CARRYING:    2 HOURS PER DAY, NO MORE THAN 15 LBS.
                     FREQUENTLY, 30 LBS. OCCASIONALLY

Future USPS operational needs may require a change in your tour of duty
and/or assignment. However, *all* job assignments will be in *strict
compliance* with any physical activity restrictions existing at the time the



Lai Ming Chui
Permanent Rehab Job Offer
Claim # 092017809


change is made to the rehab job assignment. Please indicate your decision by signing in the appropriate space below and return this job offer to the ICCO no later than **February 13, 2004**. In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is *not* entitled to compensation.

_____     2/16/04
Manager, Human Resources or Designee      Date

( ✓ ) I accept the above job offer

_Lai Ming Chui_     2-15-04
                    Date

( ) I reject the above job offer

_____     _____
                                        Date

Reason for refusal: _____

_____

_____

_____

_____

**RETURN TO THE INJURY COMPENSATION CONTROL OFFICE**
*PO BOX 999444, GRAND RAPIDS, MI 49599-9444*

cc:   OWCP
      Official Personnel File
      File



**PMG Documents (L.Chui)**
**000264**



**Employee:** Lai Ming Chui
**OWCP Claim#:** 092017809
**SSN:** 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
**DOI:** 12-31-01
**Job Title:** Mail Processing Clerk
**Level/Step:** 06 M
**Tour of Duty:** 1900 - 0350
**N/S Days Off:** Sunday/Monday

JUN 2 6 2007

INJURY COMPENSATION UNIT

**Geographical Location:** Kalamazoo Processing & Distribution Center
**Salary:** $48,103
**Pay Location:** 115

### EFFECTIVE DATE: 07/07/07

Based upon medical evidence received by A. Ronald Rook, D.O., Board Certified, Orthopaedic Surgery, the USPS is officially offering you the following rehab assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks.

This job is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within those medically defined restrictions. This job offer will remain open and available to you, however, you are required to submit medical evidence yearly.

### *DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS*

**MODIFIED JOB ASSIGNMENT DESCRIPTION OF DUTIES:** JUL 3 2007

Processing union requests: Duties require sitting at a desk utilizing a computer typing in information to retrieve reports to file alleged grievances that the APWU has requested for further investigation. Reports will be sent via in-house mail.

Filing 3971's: Requires sitting on a chair and filing slips into file cabinet consisting of four (4) drawers.

Recording casual and PTF schedules: Requires sitting at a desk and utilizing a computer, filling in days that employees are required to work which will be given to you by supervisors. Schedule is done every two (2) weeks.

Preparing holiday schedules: Requires sitting at a desk and utilizing a computer with some typing. You will prepare request forms, pass to supervisors for distribution. Compile all data, type in results, print copies for



JUN 2 6 2007

INJURY COMPENSATION UNIT

Plant Manager, MDO's, Supervisors, APWU and place a copy on the employee bulletin board.

Quarterly Overtime Desired List: Requires sitting at a desk and utilizing a computer. You will gather names from employees, desired overtime requests, type into forms, and file for future use by supervisors.

Safety Service Talks: Requires sitting at a desk utilizing a computer, typing into the postal net and retrieving safety talks. You will then copy the talks and pass to supervisors.

Collecting Dock Surveys: Requires walking to the dock, collecting sheets from expeditors, and distributing to In-Plant Support.

Typing: Requires sitting at a desk and utilizing a computer.

Special Projects: You will assist MDO/supervisors on special projects requiring sitting at a desk and utilizing a computer by typing.

Conducting Postmark Checks: You will stand and observe trays for local originating mail by fingering through letters.

### LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED

| | |
|---|---|
| REACHING: | 2 HOURS PER DAY |
| TWISTING: | 2 HOURS PER DAY |
| LIFTING/CARRYING: | 2 HOURS PER DAY, NO MORE THAN 15 LBS. FREQUENTLY, 30 LBS. OCCASIONALLY |
| CASING MAIL: | 2 HOURS PER DAY |

JUL 3 2007

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, *all* job assignments will be in *strict compliance* with any physical activity restrictions existing at the time the

Lai Ming Chui
Permanent Rehab Job Offer
Claim # 092017809
Page 3



JUN 2 - 2007

INJURY COMPENSATION UNIT

change is made to the rehab job assignment. Please indicate your decision by signing in the appropriate space below and return this job offer to the ICCO no later than **July 2, 2007.** In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is **not** entitled to compensation.

_Cathy Lovett_      6-25-07
Manager/Human Resources or Designee     Date

{ ✓ } I accept the above job offer

_Lai Ming Chui_      6-22-07
                           Date

{   } I reject the above job offer

_____
                           Date

Reason for refusal:_____

_____

_____

_____

_____

_____

**RETURN TO THE INJURY COMPENSATION CONTROL OFFICE**
*PO BOX 999444, GRAND RAPIDS, MI 49599-9444*

cc:    OWCP
       Official Personnel File
       File

PMG Documents (L.Chui)
000786



# Duty Status Report

**U.S. Department of Labor**

Side A - Supervisor

4. Occupation: General Clerk

5. Describe how the injury occurred and state parts of the body affected:
Lifting boxes & water

<table>
<tr><th>Activity</th><th>Continuous</th><th>Intermittent</th><th></th><th>Continuous</th><th>Intermittent</th><th></th></tr>
<tr><td>a. Lifting/Carrying (state max lbs)</td><td>Hrs</td><td>Hrs 0</td><td>Hrs Per Day</td><td>0</td><td>0</td><td>Hrs Per Day</td></tr>
<tr><td>b. Sitting</td><td></td><td>8</td><td>Hrs Per Day</td><td>8</td><td>8</td><td>Hrs Per Day</td></tr>
<tr><td>c. Standing</td><td></td><td></td><td>Hrs Per Day</td><td>0</td><td>0</td><td>Hrs Per Day</td></tr>
<tr><td>d. Walking</td><td></td><td></td><td>Hrs Per Day</td><td>0</td><td>0</td><td>Hrs Per Day</td></tr>
<tr><td>e. Climbing</td><td></td><td></td><td>Hrs Per Day</td><td></td><td>0</td><td>Hrs Per Day</td></tr>
<tr><td>f. Kneeling</td><td></td><td></td><td>Hrs Per Day</td><td></td><td>0</td><td>Hrs Per Day</td></tr>
<tr><td>g. Bending/Stooping</td><td></td><td></td><td>Hrs Per Day</td><td></td><td>0</td><td>Hrs Per Day</td></tr>
<tr><td>h. Twisting</td><td></td><td></td><td>Hrs Per Day</td><td></td><td>0</td><td>Hrs Per Day</td></tr>
<tr><td>i. Pulling/Pushing</td><td></td><td></td><td>Hrs Per Day</td><td>0</td><td>0</td><td>Hrs Per Day</td></tr>
<tr><td>j. Simple Grasping</td><td></td><td></td><td>Hrs Per Day</td><td></td><td></td><td>Hrs Per Day</td></tr>
<tr><td>k. Fine Manipulation (includes keyboarding)</td><td></td><td></td><td>Hrs Per Day</td><td>As tolerated</td><td>4 hrs</td><td>Hrs Per Day</td></tr>
<tr><td>l. Reaching above Shoulder</td><td></td><td>0</td><td>Hrs Per Day</td><td></td><td>0</td><td>Hrs Per Day</td></tr>
<tr><td>m. Driving a Vehicle (specify)</td><td></td><td></td><td>Hrs Per Day</td><td>4 hr</td><td></td><td>Hrs Per Day</td></tr>
<tr><td>n. Operating Machinery (specify)</td><td></td><td></td><td>Hrs Per Day</td><td></td><td></td><td>Hrs Per Day</td></tr>
<tr><td>o. Temp/Extremes</td><td></td><td></td><td></td><td></td><td></td><td>range in degrees F</td></tr>
<tr><td>p. High Humidity</td><td></td><td></td><td>Hrs Per Day</td><td></td><td></td><td>Hrs Per Day</td></tr>
<tr><td>q. Chemicals (specify) and Humidity</td><td></td><td></td><td>Hrs Per Day</td><td></td><td></td><td>Hrs Per Day</td></tr>
<tr><td>r. Fumes/Dust (specify)</td><td></td><td></td><td>Hrs Per Day</td><td></td><td></td><td>Hrs Per Day</td></tr>
<tr><td>s. Noise (Give dB)</td><td></td><td></td><td>Hrs Per Day</td><td></td><td></td><td>dBA Hrs Per Day</td></tr>
<tr><td>t. Other (Describe)</td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
</table>



**EXHIBIT 2-C**

PMG-Protected Documents (L Chin)
004633

# Duty Status Report

**U.S. Department of Labor**
Office of Workers' Compensation Programs



This form is provided for the purpose of obtaining a duty status report for the employee named below. This request does not constitute authorization for payment of medical expense by the Department of Labor, nor does it invalidate any previous authorization issued in this case. This request for information is authorized by law (5 USC 8101 et seq.) and is required to obtain or retain a benefit. Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy Act of 1974 and the OMB Cir. A-108. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

OMB No 1240-0046
Expires 09-30-2011

OWCP File Number (if known)
0904034/32

**SIDE A - Supervisor: Complete this side and refer to physician**

1. Employee's Name (Last, first, middle)
*Simmons Joseph Anthony*

2. Date of Injury (Month, day, yr.) — *5 12 1995*   3. Social Security No.

4. Occupation — *General Clerk*

5. Describe How the Injury Occurred and State Parts of the Body Affected
*Lifting Bucket of Water*   *1996*

6. The Employee Works
*8* Hours Per Day   *40* Days Per Week

7. Specify the Usual Work Requirements of the Employee. Check Whether Employee Performs These Tasks or is Exposed Continuously or Intermittently, and Give Number of Hours

| Activity | Continuous | Intermittent | | |
|---|---|---|---|---|
| | #lbs. | #lbs | | |
| a. Lifting/Carrying State Max Wt | ☐ | ☐ | *O* | Hrs Per Day |
| b. Sitting | ☐ | ☐ | *8* | Hrs Per Day |
| c. Standing | ☐ | ☐ | *1* | Hrs Per Day |
| d. Walking | ☐ | ☐ | *1* | Hrs Per Day |
| e. Climbing | ☐ | ☐ | *O* | Hrs Per Day |
| f. Kneeling | ☐ | ☐ | *O* | Hrs Per Day |
| g. Bending/Stooping | ☐ | ☐ | *O* | Hrs Per Day |
| h. Twisting | ☐ | ☐ | *O* | Hrs Per Day |
| i. Pulling/Pushing | ☐ | ☐ | *O* | Hrs Per Day |
| j. Simple Grasping | ☐ | ☐ | *1* | Hrs Per Day |
| k. Fine Manipulation (includes keyboarding) | ☐ | ☐ | *As Tolerated 4* | Hrs Per Day |
| l. Reaching above Shoulder | ☐ | ☐ | *O* | Hrs Per Day |
| m. Driving a Vehicle (Specify) | ☐ | ☐ | *4* | Hrs Per Day |
| n. Operating Machinery (Specify) | ☐ | ☐ | *O* | Hrs Per Day |
| o. Temp. Extremes | ☐ | ☐ | *O* | range in degrees F |
| p. High Humidity | ☐ | ☐ | *8* | Hrs Per Day |
| q. Chemicals, Solvents, etc. (identify) | ☐ | ☐ | *8* | Hrs Per Day |
| r. Fumes/Dust (identify) | ☐ | ☐ | *4* | Hrs Per Day |
| s. Noise (Give dBA) | ☐ | ☐ | *4* | dBA Hrs Per Day |
| t. Other (Describe) | | | | |

**SIDE B - Physician: Complete this side**

8. Does the History of Injury Given to You by the Employee Correspond to that Shown in Item 5? ☒ Yes ☐ No (If not, describe)

9. Description of Clinical Findings
*Right Arm Pain*

10. Diagnosis Due to Injury — *Overused Medication/Drug*   11. Other Disabling Conditions

12. Employee Advised to Resume Work?
☐ Yes Date Advised   ☒ No

13. Employee Able to Perform Regular Work Described on Side A?
☒ Yes, If so ☐ Full-time or ☐ Part-Time   ___ Hrs Per Day
☐ No, If not, complete below

| | Continuous | Intermittent | | |
|---|---|---|---|---|
| | #lbs | #lbs | | |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | range in degrees F |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | Hrs Per Day |
| | ☐ | ☐ | | dBA Hrs Per Day |

14. Are Interpersonal Relations Affected Because of a Neuropsychiatric Condition? (e.g. Ability to Give or Take Supervision, Meet Deadlines etc.) ☐ Yes ☒ No (Describe)

15. Date of Examination — *8-6-W*

16. Date of Next Appointment

17. Specialty

18. Tax Identification Number

19. Physician's Signature

20. Date — *8-6-W*

PMG Protected Documents (L. Chul)
004604

Form CA-17
Rev. Jan 199

**U.S. Department of Labor**



SIDE A - Supervisor: Complete this side and refer to physician.

1. Employee's Name (Last, first, middle)
Cohen, ~~Andrew~~

2. Date of Injury (Month, Day, Yr.)   3. Social Security No.
10-9-95

4. Occupation
Postal Clerk

5. Describe How the Injury Occurred and Parts of the Body Affected

6. The Employee Works _____ Hours Per Day.

7. Specify the Usual Work Requirements of the Employee. Check Whether Employee Performs These Tasks or is Exposed Continuously or Intermittently, and Give Number of Hours.

| Activity | Continuous | Intermittent | | Continuous | Intermittent | |
|---|---|---|---|---|---|---|
| a. Lifting/Carrying State Max Wt. | | 15 | Hrs Per Day | | | Hrs Per Day |
| b. Sitting | ✓ | | Hrs Per Day | | | Hrs Per Day |
| c. Standing | | ✓ | Hrs Per Day | | | Hrs Per Day |
| d. Walking | | ✓ | Hrs Per Day | | | Hrs Per Day |
| e. Climbing | N/a | N/a | Hrs Per Day | | | Hrs Per Day |
| f. Kneeling | | | Hrs Per Day | | | Hrs Per Day |
| g. Bending/Stooping | | | Hrs Per Day | | | Hrs Per Day |
| h. Twisting | | | Hrs Per Day | | | Hrs Per Day |
| i. Pulling/Pushing | | | Hrs Per Day | | | Hrs Per Day |
| j. Simple Grasping | | | Hrs Per Day | | | Hrs Per Day |
| k. Fine Manipulation (includes Keyboarding) | | | Hrs Per Day | | | Hrs Per Day |
| l. Reaching above Shoulder | | | Hrs Per Day | | | Hrs Per Day |
| m. Driving a Vehicle (Specify) | N/a | N/a | Hrs Per Day | | | Hrs Per Day |
| n. Operating Machinery (Specify) | N/a | N/a | Hrs Per Day | | | Hrs Per Day |
| o. Temp. Extremes | N/a | N/a | Hrs Per Day | | | Hrs Per Day |
| p. High Humidity | N/a | N/a | Hrs Per Day | | | Hrs Per Day |
| q. Chemicals, Solvents, etc. (Identify) | N/a | N/a | Hrs Per Day | | | Hrs Per Day |
| r. Fumes/Dust (Identify) | N/a | N/a | Hrs Per Day | | | Hrs Per Day |
| s. Noise (Give dBA) | N/a | N/a | Hrs Per Day | | | Hrs Per Day |
| t. Other (Describe) | | | | | | |

SIDE B - Physician: Complete this side.

8. Does the History of Injury Given by the Employee Correspond to that Shown in Item 5?  ☑ Yes  ☐ No  (if no, describe)

FOIA Redacted Document
003917

EXHIBIT
2-D



Form Approved
OMB No.
Expires

09208135?

1. Employee

2. Date of Injury

4. Occupation

5. Describe how the injury occurred and the state of the body affected

6. The Employee Works
___ Hours Per Day          ___ Days Per Week

7. Specify the Usual Work Requirements of the Employee. Check
Whether Employee Performs These Tasks on a Regular, Continuous
or Intermittent, and the Number of Hours.

| Activity | Continuous | Intermittent | Condition | Amount | |
|---|---|---|---|---|---|
| 8. a) Lifting/Carrying ___ lbs | | 15 | | | Hrs Per Day |
| b) Sitting | | | | | Hrs Per Day |
| c) Standing | | | | | Hrs Per Day |
| d) Walking | | | | | Hrs Per Day |
| e) Climbing | | | | | Hrs Per Day |
| f) Kneeling | | | | | Hrs Per Day |
| g) Bending/Stooping | | | | | Hrs Per Day |
| h) Twisting | | 4 | | | Hrs Per Day |
| i) Pulling/Pushing | | 4 | | | Hrs Per Day |
| j) Simple Grasping | | 8 | | | Hrs Per Day |
| k) Fine Manipulation (includes keyboarding) | | 8 | | | Hrs Per Day |
| l) Reaching above Shoulder | | 6 | | | Hrs Per Day |
| m) Driving a Vehicle (specify) | | | | | Hrs Per Day |
| n) Operating Machinery (specify) | | | | | Hrs Per Day |
| o) Temp. Extreme | | | | | range in Degrees F |
| p) High Humidity | | | | | Hrs Per Day |
| q) Chemicals, Solvents, etc. (specify) | | | | | Hrs Per Day |
| r) Fumes/Dust (specify) | | | | | Hrs Per Day |
| s) Noise (specify) | | | | | Hrs Per Day |
| t) Other (specify) | | | | | Hrs Per Day |

EXHIBIT
2-E

1797

# Duty Status Report



OMB No. 1215-0103
Expires: 09-30-2011

OWCP File Number
(if known)

092031338

This form is provided for the purpose of obtaining a duty status report for the employee named below. This request does not constitute authorization for payment of medical expense by the Department of Labor, nor does it invalidate any previous authorization issued in this case. This request for information is authorized by law (5 USC 8101 et seq.) and is required to obtain or retain a benefit. Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy Act of 1974 and the OMB Cir. A-108. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

**SIDE A - Supervisor:** Complete this side and refer to physician

**1. Employee's Name (Last, first, middle)**
Gurnee    Shirley

**2. Date of Injury (Month, day, yr.)**
02/18/2003

**3. Social Security No.**

**4. Occupation** Mail Processing Clerk

**5. Describe How the Injury Occurred and State Parts of the Body Affected**

**6. The Employee Works**
Hours Per Day    8.00    Days Per Week    5.00

**7.** Specify the Usual Work Requirements of the Employee. Check Whether Employee Performs These Tasks or is Exposed Continuously or Intermittently, and Give Number of Hours.

**SIDE B - Physician:** Complete this side

**8. Does the History of Injury Given to You by the Employee Correspond to that Shown in Item 5?** ☒ Yes ☐ No (If not, describe)

**9. Description of Clinical Findings** (L) shoulder Pain

**10. Diagnosis Due to Injury** Yes    **11. Other Disabling Conditions**

**12. Employee Advised to Resume Work?**
☒ Yes, Date Advised _____    ☐ No

**13. Employee Able to Perform Regular Work Described on Side A?**
☐ Yes, If so ☐ Full-Time or ☐ Part-Time _____ Hrs Per Day
☒ No, If not, complete below:

| Activity | Continuous #lbs. | Intermittent #lbs. | | Continuous #lbs. | Intermittent #lbs. | |
|---|---|---|---|---|---|---|
| a. Lifting/Carrying: State Max Wt. | | 70 | 8 Hrs Per Day | | 10 lbs | Hrs Per Day |
| b. Sitting | ☑ | ☐ | 0 Hrs Per Day | ☑ | ☐ | Hrs Per Day |
| c. Standing | ☑ | ☐ | 8 Hrs Per Day | ☑ | ☐ | Hrs Per Day |
| d. Walking | ☑ | ☐ | 8 Hrs Per Day | ☑ | ☐ | Hrs Per Day |
| e. Climbing | ☐ | ☑ | 4 Hrs Per Day | ☐ | Ø | Hrs Per Day |
| f. Kneeling | ☐ | ☑ | 4 Hrs Per Day | ☑ knees | ☐ | Hrs Per Day |
| g. Bending/Stooping | ☑ | ☐ | 4 Hrs Per Day | ☑ waist | | Hrs Per Day |
| h. Twisting | ☐ | ☑ | 4 Hrs Per Day | ☐ | ☑ 4 waist | Hrs Per Day |
| i. Pulling/Pushing | ☐ | ☑ | 4 Hrs Per Day | ☐ | | Hrs Per Day |
| j. Simple Grasping | ☐ | ☑ | 6 Hrs Per Day | ☐ | ☑ 6 | Hrs Per Day |
| k. Fine Manipulation (includes keyboarding) | ☐ | ☐ | 0 Hrs Per Day | ☐ | ☐ NA | Hrs Per Day |
| l. Reaching above Shoulder | ☑ | ☐ | 4 Hrs Per Day | ☐ | Ø | Hrs Per Day |
| m. Driving a Vehicle (Specify) | ☐ | ☐ | Hrs Per Day | ☐ | ☐ | Hrs Per Day |
| n. Operating Machinery (Specify) | ☐ | ☐ | Hrs Per Day | ☐ | ☐ | Hrs Per Day |
| o. Temp. Extremes | ☐ | ☐ | range in degrees F | ☐ | ☐ | range in degrees F |
| p. High Humidity | ☐ | ☐ | Hrs Per Day | ☐ | ☐ | Hrs Per Day |
| q. Chemicals, Solvents, etc. (Identify) | ☐ | ☐ | Hrs Per Day | ☐ | ☐ | Hrs Per Day |
| r. Fumes/Dust (identify) | ☐ | ☐ | Hrs Per Day | ☐ | ☐ | Hrs Per Day |
| s. Noise (Give dBA) | ☐ | ☐ | dBA Hrs Per Day | ☐ | ☐ | dBA Hrs Per Day |

t. Other (Describe)

**14. Are Interpersonal Relations Affected Because of a Neuropsychiatric Condition? (e.g. Ability to Give or Take Supervision, Meet Deadlines, etc.)** ☐ Yes ☐ No (Describe)    NA

**15. Date of Examination** 9/21/09    **16. Date of Next Appointment** 1-5-03

**17. Specialty** Orthopedic Surgery    **18. Tax Identification Number** 383148262

**19. Physician's Signature**    **20. Date** 9/21/09

PMG Protected Documents (L.Chui)
005640

Form CA-17
Rev. Jan. 1997

# LIGHT DUTY STATUS REPORT

## Part 1 – Employee

Name: _Anthony Liccio_ Date of Injury _7/9/07_ SSN: ▓▓▓▓

Craft: _manual clerk_ Pay Location _112_ Tour _1_ _L7_

Physician/Medical Facility Name: _ProMed_

Address: _7901 Angling Rd_ Phone _324 8510_

***************************************************

## Part 2 – Physician

Is Employee Fit for Light Duty: Yes _X_ NO _____
If yes, please check duty status below

| Limitations | Yes | No |
|---|---|---|
| Pulling | | _no pulling_ |
| Pushing | | _no pushing_ |
| Carrying | _no more_ | _than 5 lbs_ |
| Reaching/Working Above Shoulders | | _no reaching above shoulder_ |
| Operating a Motor Vehicle | | |
| Crane, Tractor, Etc. | _OK_ | |
| Lifting | | |

Lifting to _5_ pounds

Other Restrictions – Please Specify
_Limited duty_

_Patient still needs claim number from_
_OWCP injury 7/9/07 Left groin_

Please list number of Hrs per 8 hour workday employee may do the following:

| | | | | |
|---|---|---|---|---|
| Standing | _1_ HRS | Stooping | _0_ HRS |
| Walking | _1_ HRS | Kneeling | _0_ HRS |
| Sitting | _4_ HRS | Repeated Bending | _0_ HRS |
| Climbing | _0_ HRS | Reaching above Shoulder | _0_ HRS |

Fit for Light Duty Dates From _now_ To _4/14/08_
Fit for Full Duty Date: _____

Physician Signature

Date _3/14/08_

**This request will be review every 30 days**

Note: Fit for Light Duty date may contain the next doctor's appointment date providing it does not exceed 30 days.

_Still waiting for my claim number for left_
_groin injury from O.W.C.P._

EXHIBIT
2-F

KALAMAZOO MI 490 P & DC MAR 19 2008 USPS

PMG Protected Documents (L.Chui)
005745

F

# TEMPORARY LIGHT DUTY ASSIGNMENT

## (APPROVAL)

**Name:** _Anthony Riccio_

**SSN:** ██████████

**Position Title:** _Manual Clerk._

**Work Location:** _Kalamazoo P-DC_

Your request for Light Duty is approved.  Your Light Duty Assignment is:

**Unit:** _Manual Clerk_

**Time:** _2300 0750_

**RDO:** _SA SU_

**Duration:** _2-22-08   to   3-28-08_

_Cathy E. Lovett_                          _3-5-08_
**Cathy E. Lovett**                         **Date**
**Plant Manager**

_Larry Raymen_                            _3-5-08_
**Union Representative**                     **Date**

**PMG Protected Documents (L.Chui)**
**005746**

# USPS REHABILITATION JOB OFFER

Employee:            Pamela Stenger
OWCP Claim:          092059515
SSN:                 ▮▮▮▮▮▮
DOI:                 03-23-05
Job Title:           Mail Processing Clerk
Level/Step:          05 O
Tour of Duty:        0350 to 1200
N/S Days Off:        Saturday/Sunday
Geographical Location: Kalamazoo P & DC
Salary:              ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Level 5, Step O ▮▮▮▮▮▮▮▮▮

**SECTION 1:**                              **EFFECTIVE DATE:**      01-03-2009

Based upon medical evidence received by, Dr. Edward J. Westerbeke, the USPS is officially offering you the following rehab assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks.

This job is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within those medically defined restrictions. This job offer will remain open and available to you; however, **you are required to submit medical evidence yearly.**

## DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

### MODIFIED JOB ASSIGNMENT DESCRIPTION OF DUTIES:

Follow-up phone contact with mailers for packages that do not meet aviation security guidelines, contact with mailers for packages that are leaking (for retrieval or disposal): Duties require calling mailers and retrieving packages weighing no more than 10 lbs. using a u-cart to transport them as necessary to the building entrance for customer pick-up.

Note taking for various meetings: Require sitting with pen and paper and writing; may include using a computer to type up the information, printing copies as necessary and distributing.

Filing: Requires filing paperwork into file cabinets consisting of four (4) drawers or less.

Typing: Requires sitting at a desk and utilizing a computer or manual typewriter.

Copying: Requires standing at a copier and feeding paperwork into the copy machine.

Processing union requests: Duties require sitting at a desk utilizing a computer and typing in information to retrieve reports to file alleged grievances that the unions have requested for further investigation.

Responding to the entrance intercom system inquiries: Duties include sitting in a chair and answering the buzzer as well as, contacting the necessary person to assist them with their needs.

Appointment scheduling for pre-hire applicants: Duties include sitting in a chair and using the phone to call potential candidates for postal positions and scheduling them for any necessary appointments.

**EXHIBIT 2-G**

002233

2

Answering the Postal Service phones at the plant: Duties include sitting in a chair and using the phone to answer telephone calls.

Driving express mail and any other postal delivery duties: Duties include sitting in a postal vehicle, driving to delivery destination, walking to delivery destination from postal vehicle, walking back to the postal vehicle, and driving postal vehicle to next delivery destination (if any), repeating the above, finally returning in postal vehicle to the Plant.

**LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED**

STANDING: N/A
SITTING: N/A
WALKING: N/A
LIFTING/CARRYING: NO LIFTING MORE THAN 10 LBS
DRIVING: N/A
PUSHING/PULLING/REACHING: NO AT-OR-ABOVE SHOULDER WORK WITH THE LEFT ARM, NO AWAY-FROM-THE BODY REPETITIVE, CONTINUOUS WORK
OVERHEAD REACHING: NO OVERHEAD REACHING
BENDING: N/A
STOOPING: N/A
TWISTING: N/A
GRIPPING: N/A
FINE MANIPULATION: N/A

**SECTION 2:**

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, *all* job assignments will be in *strict compliance* with any physical activity restrictions existing at the time the change is made to the rehab job assignment. **Please indicate your decision by signing in the appropriate space below and return this job offer to the Health & Resource Management Unit, P.O Box 999444, Grand Rapids, MI 49599-9444 no later than 12/30/2008.**

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is _not_ entitled to compensation.


_Cathy Lovett_                                    12/29/08
Cathy Lovett, Plant Manager                       Date
Kalamazoo Processing & Distribution Center

        {X} I accept the above job offer _Pamela M. Ste___ 12/30/08
                                                           Date

        {  } I reject the above job offer _____
                                                    Date

Reason for refusal: _____
_____
_____
_____


cc:     OWCP
        Official Personnel File
        File
                                              Exhibit __14__
                                        **PMG Documents (L. Grau)**
                        00188                **000191**