UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LAI MING CHUI,<br>       Plaintiff,<br><br>-v-<br><br>PATRICK R. DONAHOE,<br>       Defendant. | No. 1:11-cv-119<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendant Donahoe's motion for summary judgment, and having dismissed all claims in the complaint, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 22, 2014                           /s/ Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                   Chief United States District Judge